```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION


BRANDON CANUP                    §
                                 §
VS.                              §     ACTION NO. 4:25-CV-1255-Y
                                 §
BRYAN F. AYLSTOCK, ET AL.        §
```

## ORDER GRANTING MOTION TO STAY AND ADMINISTRATIVELY CLOSING CASE

Pending before the Court is the Motion to Stay Proceedings (doc. 15) filed by defendants Gregory Brown and Fleming Nolen & Jez LLP ("the FNJ defendants"). In the motion, the FNJ defendants request that all proceedings in this case be stayed pending the decision of the United States Judicial Panel on Multidistrict Litigation ("JPML") regarding whether to transfer this case to the United States District Court for the Northern District of Florida as a tag along action to MDL case no. 3:19-MD-2885-MCR-HTC, styled *In re: 3M Combat Arms Earplugs Litigation*.

After review of the parties' briefs and the applicable law, the Court concludes that the motion to stay should be, and it is hereby, GRANTED. The Court discerns little prejudice to Plaintiff if the case is briefly stayed while the JPML makes its decision. According to the FNJ defendants' reply, the JPML set a briefing deadline of January 12, 2026, on the motion to transfer, and thus a decision will likely issue shortly. A failure to grant the requested stay is, however, likely to result in prejudice to the FNJ defendants. If not stayed, they will be forced to continue to litigate this case individually in this Court, which might prove to be wasted effort if the JPML ultimately transfers the case. Furthermore, the Court

concludes that interests of judicial economy also support granting the requested brief stay.

In an effort to more efficiently manage this Court's docket, this case is hereby ADMINISTRATIVELY CLOSED pending the JPML's decision.  If this case is not ultimately transferred to the JPML, either party may move to reopen this case within thirty days of the JPML's final decision on the motion to transfer.  *Cf. Prior Products, Inc. v. Southwest Wheel-NCL Co.*, 805 F.2d 543 (5th Cir. 1986).

SIGNED January 23, 2026.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE